No. 92–962. POLYAK v. COMMISSIONER OF INTERNAL REVENUE. C. A. 6th Cir. Certiorari denied.

No. 92–975. GIBSON v. SULLIVAN, SECRETARY OF HEALTH AND HUMAN SERVICES. C. A. 4th Cir. Certiorari denied.

No. 92–976. LYNCH v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 92–979. NAKELL ET AL. v. BRITT ET AL. C. A. 4th Cir. Certiorari denied.

No. 92–986. BUCK ET UX. v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 92–987. BASHA ET AL. v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 92–1020. DOWDY v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 92–5822. HOLLAND v. MCGINNIS, WARDEN, ET AL. C. A. 7th Cir. Certiorari denied.

No. 92–5897. JOHNSON v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 92–5925. FELDMAN v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 92–5950. JOHNSON v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 92–5954. HILL v. UNITED STATES;
No. 92–6182. AMUNDSEN v. UNITED STATES;
No. 92–6386. HILL v. UNITED STATES; and
No. 92–6532. AMUNDSEN v. UNITED STATES. C. A. 9th Cir. Certiorari denied. Reported below: 967 F. 2d 592.

No. 92–6001. SMITH v. OFFICE OF PERSONNEL MANAGEMENT. C. A. Fed. Cir. Certiorari denied.

No. 92–6007. EASLEY v. ILLINOIS. Sup. Ct. Ill. Certiorari denied.